UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE VALDEZ,<br><br>　　　　　Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>　　　　　Defendant. | Case No. 2:14-cv-03241-MWF-SHx<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, Desiree Valdez, by counsel, hereby respectfully notifies the Court that all matters herein between Desiree Valdez and Enhanced Recovery Company LLC have been settled, and that the Plaintiff's cause against Enhanced Recovery Company LLC shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 12th day of July 2014.　　　　By: s/ Heidi N. Miller
　　　　　　　　　　　　　　　　　　　Nathan E. DeLadurantey
　　　　　　　　　　　　　　　　　　　Heidi N. Miller
　　　　　　　　　　　　　　　　　　　DeLadurantey Law Office, LLC
　　　　　　　　　　　　　　　　　　　735 W. Wisconsin Ave., Suite 720
　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53233
　　　　　　　　　　　　　　　　　　　P: 414-377-0515
　　　　　　　　　　　　　　　　　　　F: 414-755-0860